UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
2010 NOV -5 P 4:06

Tydell Tribble
_____

**10 CV 8697**

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NYC, NYC DOC, NYPD 13 pct

Arresting officer ID # 920467

Capt Kelly
_____
_____
_____
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes  ☑ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Tydell Tribble
            ID #  2411001492
            Current Institution  GMDC C 73  3 Main (Cell 30)
            Address  15 15 Hazen St East Elmhurst Queens
            n.y. 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                                1

Defendant No. 1     Name **New York City**     Shield #_____
                    Where Currently Employed _____
                    Address _____

Defendant No. 2     Name **X**     Shield #_____
                    Where Currently Employed _____
                    Address _____

Defendant No. 3     Name **NYPD 13 Pct**     Shield #_____
                    Where Currently Employed _____
                    Address _____

Defendant No. 4     Name **Arresting Officer**     Shield # **920 467**
                    Where Currently Employed **13 Pct**
                    Address _____

Defendant No. 5     Name **NYC DOC Capt Kelly**     Shield #_____
                    Where Currently Employed _____
                    Address **ARDC East Elmhurst Queens N.Y. 11370**

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur? **HRDC**

B.  Where in the institution did the events giving rise to your claim(s) occur? **ARDC**

C.  What date and approximate time did the events giving rise to your claim(s) occur? **1:45 AM 8/19/05**

**What happened to you?**

D. Facts: I was falsely arrested for a crime I didn't commit a crime of PL 220.39 sub 01 A Class B felony me and two of my friends were just walking on the sidewalk and about 10 plain clothes detectives rolled up on us with guns drawn. The arresting officer just jump out of the car and tockled me to the ground when I asked him what did I do he said nothing. Yet I was never told what I was being arrested for. Marcus Robinson and a female first name Shanedeq. Just me and my friend was on the scene.

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was not told why I was being arrested or if I was. From the 13 Pct Jumped me and attacked me kicking me in my lower back so now I have numbness in my lower back from my spine I can't bend or make a full turn. And the cuff was extra tight.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

*Rev. 05/2007*

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **AiDC C-74**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ___   No ___   Do Not Know ✓

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓   No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? **AiDC C-74**

   1. Which claim(s) in this complaint did you grieve? **my injury and how many times I requsted to see a doctor**

   2. What was the result, if any? **Arix never called me eventhough I signed uf for sick call 30 tmes**

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **There wasn't any appeal the grievance Dept never gotten back to me at all**

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   2. If you did not file a grievance but informed any officials of your claim, state who you

-4-

**I informed Capt Kelly. and other Capt to.**

informed, when and how, and their response, if any: They told me to keep signing up for sick call and I did 30 times was never called and none of these officials help

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have written several grievances. Nobody ever contacted me or said anything. I have talk to Capt. K. Hall and other sgt officers they told me my grievances were thrown in the garbage

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am suing the NYPD 13 Pct, New York City, NYCDOC, and the arresting officers also took 1300 in cash and never gave me a recipt or voucher and told me I wasn't getting it back, so I am suing in the amount 50 Million dollars for pain & suffering, punitive damages and for my medical injuries to my lower back also for the wrongful imprisonment and the case was dismissed and sealed I also request that all officer involved be suspended without pay guns & sheilds taken away until case in federal court is over with.

VI.  **Previous lawsuits:**

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1.  Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2.  Court (if federal court, name the district; if state court, name the county) _____

  3.  Docket or Index number _____

  4.  Name of Judge assigned to your case _____

  5.  Approximate date of filing lawsuit _____

  6.  Is the case still pending? Yes ____ No ____

    If NO, give the approximate date of disposition _____

  7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

  _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____  No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1.  Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2.  Court (if federal court, name the district; if state court, name the county) _____

  3.  Docket or Index number _____

  4.  Name of Judge assigned to your case _____

  5.  Approximate date of filing lawsuit _____

  6.  Is the case still pending? Yes ____ No ____

    If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _1_ day of _Nov_____, 20_10_.

        Signature of Plaintiff _Tyrell Tribble_

        Inmate Number _241-10-01492_

        Institution Address _15-15 Hazen St_
        _GMDC C-73 3 main_
        _(30 cell)_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __1__ day of __Nov_____, 20_10_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

        Signature of Plaintiff: _Tyrell Tribble_